UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD,<br><br>Defendants. | CIVIL ACTION NO.<br>2:22-cv-05788<br><br>**STIPULATION<br>AND ORDER<br>EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for defendant JOHN LESTER MANDAC NATIVIDAD to appear, answer or otherwise respond to the Summons and Complaint herein be, and same hereby is, extended up to, and including, January 5, 2023; and it is further

STIPULATED AND AGREED that defendant JOHN LESTER MANDAC NATIVIDAD will not raise affirmative defenses as to personal jurisdiction based upon defective service of process; and it is further

STIPULATED, AGREED AND CONSENTED that facsimile, .pdf and/or electronic signatures to this stipulation may be treated and deemed as original signatures.

Dated: New York, New York
       November 10, 2022

*/s/ Stephen Kam*
Stephen T. Kam
David S. Brown
*Attorneys for Plaintiff*
Securities and Exchange Commission

SO ORDERED.
Dated: November 11, 2022

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

 */s/* Joseph Gallo
Joseph Gallo
Martin J. Auerbach (*pro se application to be filed*)
WITHERS BERGMAN LLP
*Attorneys for Defendant John Lester Mandac Natividad*
430 Park Avenue
New York, New York 10022
(212) 848-9800