UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD,<br><br>Defendants. | Case No. 2:22-cv-05788-KM-AME<br><br>**DECLARATION OF STEPHEN T. KAM IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANT HARPREET SAINI** |

I, Stephen T. Kam, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney for Plaintiff Securities and Exchange Commission ("SEC"), and am admitted to practice before the bar of the State of California. I make this Declaration in support of the SEC's Request for Certificate of Default ("Request") pursuant to Fed. R. Civ. P. 55(a) against Defendant Harpreet Saini ("Saini"). I appear in this case pursuant to Local Civil Rule 101.1(f), which governs appearances by attorneys for the United States. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. The SEC filed its Complaint in this action on September 30, 2022, and the Court issued the Summons on October 14, 2022. (Dkt. Nos. 1 & 3)

3. On October 20, 2022, Saini was served via process server with copies of the Summons and Complaint. (Dkt. No. 4)

4.      Saini's last day to file an answer or otherwise respond to the Complaint was on November 10, 2022.

5.      No answer or other response appears on the Court's public docket, and, as of this date, the SEC has received no Answer by Saini.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 21, 2022, in Los Angeles, California.

<u>*s/ Stephen T. Kam*</u><br>
Stephen T. Kam

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 21, 2022, I caused to be served the document entitled **DECLARATION OF STEPHEN T. KAM IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANT HARPREET SAINI** on all the parties to this action addressed as stated on the attached service list:

☒    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2022            */s/ Stephen T. Kam*
                                               Stephen T. Kam

<u>*SEC v. HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD*</u>
**United States District Court –District of New Jersey**
**Case No**. **2:22-cv-05788-KM-AME**

SERVICE LIST

Harpreet Saini **(served by U.S. mail only)**
34 Wandering Trail Drive
Brampton, ON L7A 1T1
Canada


Joseph E. Gallo, Esq. **(served by electronic mail only)**
Martin Auerbach, Esq.
Withers Bergman LLP
430 Park Avenue
New York, NY 10022
Email: joseph.gallo@withersworldwide.com
Email: martin.auerbach@withersworldwide.com
***Attorneys for Defendant John Natividad***