UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD,<br><br>Defendants. | Case No. 2:22-cv-05788-KM-AME<br><br>**CLERK'S DEFAULT AS TO DEFENDANT HARPREET SAINI** |

I, William T. Walsh, Clerk of the United States District Court for the District of New Jersey, do hereby certify that Defendant Harpreet Saini ("Saini") has not answered or otherwise moved with respect to the Complaint herein. The default of Saini is hereby noted pursuant to Federal Rule of Civil Procedure 55(a).

Date:   Newark, New Jersey
              _____ __, 2022

                                              WILLIAM T. WALSH, Clerk of the Court

                                              By:   _____
                                                        Deputy Clerk

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 21, 2022, I caused to be served the document entitled **CLERK'S DEFAULT AS TO DEFENDANT HARPREET SAINI** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2022             */s/ Stephen T. Kam*
                                     Stephen T. Kam

<u>*SEC v. HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD*</u>
**United States District Court –District of New Jersey**
**Case No**. **2:22-cv-05788-KM-AME**

<u>SERVICE LIST</u>

Harpreet Saini **(served by U.S. mail only)**
34 Wandering Trail Drive
Brampton, ON L7A 1T1
Canada


Joseph E. Gallo, Esq. **(served by electronic mail only)**
Martin Auerbach, Esq.
Withers Bergman LLP
430 Park Avenue
New York, NY 10022
Email:  joseph.gallo@withersworldwide.com
Email:  martin.auerbach@withersworldwide.com
***Attorneys for Defendant John Natividad***