# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD,<br><br>                    Defendants. | Civil Action No.: 2:22-cv-05788-KM-AME<br><br>**NOTICE OF CROSS-MOTION**<br><br>*Document Filed Electronically* |

To:    Honorable Kevin McNulty
        United States District Court
        District of New Jersey
        Martin Luther King Building & U.S. Courthouse
        50 Walnut Street, Room 4015
        Newark, NJ 07101

        Stephen Kam, Esq.
        Securities and Exchange Commission
        444 South Flower Street, Suite 900
        Los Angeles, CA 90071
        Tel: (323) 965-3998
        Fax: (213) 443-1904
        Email: kams@sec.gov
        *Attorney for Plaintiff*
        *Securities and Exchange Commission*

        **PLEASE TAKE NOTICE** that pursuant to FED. R. CIV. P. 15, Defendant John Lester Mandac Natividad, will apply to the above-named court, at United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 on July 7, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard for an Order granting Defendant's Cross-Motion to Stay Motion filed by the United States Securities and Exchange Commission seeking an order of monetary relief.

Movant shall rely upon the attached Memorandum of Law in Support of Cross-Motion and attached Exhibit A in Support of this Motion.

A proposed form of Order is annexed.

Pursuant to L. CIV. R. 78.1(b), oral argument is requested if this Motion is opposed.

Dated: June 20, 2023                                                Respectfully submitted,

                                                                                          /s/ Joseph Gallo
                                                                                        _____
                                                                                        Joseph Gallo
                                                                                        Martin J. Auerbach
                                                                                        Withers Bergman LLP
                                                                                        430 Park Avenue, 10th Floor
                                                                                        New York, NY 10022
                                                                                        Tel: (212) 848-9856
                                                                                        joseph.gallo@withersworldwide.com

                                                                                        *Attorneys for Defendant*
                                                                                        *John Lester Mandac Natividad*