UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HARPREET SAINI and JOHN LESTER MANDAC NATIVIDAD,<br><br>Defendants. | Civil Action No.: 2:22-cv-05788-KM-AME<br><br>*Document Filed Electronically* |

**[PROPOSED] ORDER GRANTING
DEFENDANT NATIVIDAD'S CROSS-MOTION TO STAY**

**THIS MATTER** having come before the Court upon the motion of Withers Bergman LLP("Withers"), attorneys for Defendant John Lester Mandac Natividad ("Natividad"), on Cross-Motion for an Order Granting Stay of the Motion filed by the United States Securities and Exchange Commission ("SEC") seeking an order of monetary relief against him in the above-captioned matter, and the Court having duly considered this matter, and for good cause shown;

**IT IS** on this ____ day of _____ 2023,

**ORDERED** that Defendant Natividad's Cross-Motion shall be and is hereby granted, and the Motion filed by the SEC seeking an order of monetary relief against Defendant Natividad in the above-captioned matter, is hereby and hereafter deemed stayed; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within ___ days of the date herein.

_____
HON. KEVIN McNULTY, USD